## Herring *v.* Tylee.

*A*TTACHMENT againft the Sheriff.    He had anfwered the Interrogatories, and it was now moved to *amend* them, the Amendment not being as to any *new* Matter, but only thereby to obtain a more *full* Anfwer to the Matters already contained in them.    Motion allowed.         B.